AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

SYRECEA E.,

    *Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    *Defendant*

Civil Action No.  4:21-cv-5054-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Commissioner's Motion for Summary Judgment, ECF No. 24, is DENIED and Plaintiff's Motion for Summary Judgment, ECF No. 21, is GRANTED. Judgment entered for Plaintiff REVERSING IN PART and REMANDING the matter to the Commissioner of Social Security.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA  on a motion for Summary Judgment.

Date: 07/12/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
    *(By) Deputy Clerk*
Mishani Jack-Gonzalez